FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2006 DEC -4  PM 12: 18

SIGN
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

MMR CONSTRUCTORS, INC.                    )
                                          )
              Plaintiff,                  )
                                          )
v.                                        )      Case No. 06-918-RET-DLD
                                          )
SYNGENTA CROP PROTECTION, INC.            )
and ECOPRODUCT SOLUTIONS, LP;             )
              Defendants.                 )

---

### NOTICE OF REMOVAL

---

Defendant EcoProduct Solutions, L.P. ("EcoProduct Solutions"), hereby removes this action

to this Court pursuant to 28 U.S.C. §§ 1332 and 1441 and, in support thereof, states as follows:

1.    On November 6, 2006, Syngenta Crop Protection, Inc. ("Syngenta") was served with

a copy of a Citation for Personal Service, and Plaintiff's Original Petition styled No. 64,433, *MMR*

*Constructors, Inc. v. Syngenta Crop Protection, Inc. and Ecoproduct Solutions, LP*, pending in the

18th Judicial District Court for Iberville, Parish, Louisiana.

2.    On November 16, 2006, Defendant, EcoProduct Solutions, was served with a copy

of a Citation for Personal Service, and Plaintiff's Original Petition styled No. 64,433, *MMR*

*Constructors, Inc. v. Syngenta Crop Protection, Inc. and Ecoproduct Solutions, LP*, pending in the

18th Judicial District Court for Iberville, Parish, Louisiana.  These documents were the initial

pleadings served upon EcoProduct Solutions setting forth the claims upon which such action is

based.  A true and correct copy of the foregoing Service of Process Transmittal Form with attached

NOTICE OF REMOVAL

Citation, and Plaintiff's Original Petition are attached hereto as Exhibit A and constitute all pleadings, process and other documents served upon EcoProduct Solutions in this action.

3.      This action is removable pursuant to 28 U.S.C. §§ 1332 and 1441(a).

4.      Plaintiff is a resident and citizen of the state of Louisiana.  (Plaintiff's Petition).

5.      EcoProduct Solutions is a Texas limited partnership with its principal place of business in Montgomery County, Texas.  Syngenta is a Delaware corporation with its principal place of business in Greensboro, North Carolina.

6.      Accordingly, there is complete diversity among the Plaintiff and defendants.

7.      Plaintiff's Petition seeks damages of $212,042.61, well in excess of the requisite $75,000, exclusive of interests and costs.  Plaintiff's Petition seeks actual damages plus interest, enforcement of a lien, and alleges breach of contract and a suit on open account.

8.      Defendants' Notice of Removal has been filed within thirty (30) days after the initial receipt by EcoProduct Solutions of Plaintiff's Petition, in accordance with 28 U.S.C. §1446(b), and within thirty (30) days of service on Syngenta Crop Protection, which was accomplished on November 6, 2006.

9.      Counsel for Defendants have conferred with counsel for Syngenta Crop Protection, Inc..  Syngenta is not opposed to this removal.

10.     Venue is proper in this Court.

11.     Pursuant to 28 U.S.C. §1446(d), EcoProduct Solutions has given written notice of the removal of this action to all parties and has filed a copy of this Notice with the Clerk of the Court of the 18th Judicial District Court of Iberville, Parish, Louisiana.

**WHEREFORE**, EcoProduct Solutions, Ltd. removes this action to the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

_Ann E Webb_

Ann E. Webb
La. Bar No. 18491

ATTORNEY IN CHARGE FOR DEFENDANTS
ECOPRODUCT SOLUTIONS LP

OF COUNSEL:
William A. Gage, Jr.
Texas Bar No. 07566580
Buck, Keenan, Gage, Little & Lindley, L.L.P.
700 Louisiana, Suite 5100
Houston, Texas 77002
(713) 225-4500
(713) 225-3719 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Removal was served on the following by certified mail, return receipt requested this 1st day of December, 2006:

Rodi F. Rispone
15961 Airline Highway
Baton Rouge, LA 70884

_Ann E Webb_

Ann E. Webb

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

MMR CONSTRUCTORS, INC.       )
                                     )
        Plaintiff,         )
                                     )
v.                              )   Case No. _____
                                     )
SYNGENTA CROP PROTECTION, INC.   )
and ECOPRODUCT SOLUTIONS, LP;    )
        Defendants.     )

---

## EXHIBIT A

---

1.    **All executed process**

    Citations and Returns for Syngenta Crop Protection, Inc. and EcoProduct Solutions, GP, LLC are attached.

2.    **All Pleadings and Orders**

    Petition on Open Account, Breach of Contract and to Enforce Lien

3.    **List of All Counsel**

    Counsel for Plaintiff:

    Rodi F. Rispone
    15961 Airline Highway
    Baton Rouge, LA 70884
    225.756.5090 (phone)
    225.753.7012 (fax)

    Counsel for Defendants Eco-Solutions, LP:

    Ann E. Webb
    La. Bar. No 18491
    William A. Gage, Jr.
    Buck, Keenan, Gage, Little & Lindley, LLP
    700 Louisiana Suite 5100
    Houston, TX 77002
    713-225-4500
    713-225-3719

4.    **Notice of Filing of Notice of Removal**

Attached

A-1

Form: 0020                         CITATION

| | |
|---|---|
| MMR CONSTRUCTORS, INC. | No: 00000064433        Div: B |
| VERSUS | 18th Judicial District Court<br>State of Louisiana |
| SYNGENTA CROP PROTECTION, INC. | Parish of Iberville |

The State of Louisiana and said Court to

SYNGENTA CROP PROTECTION, INC.
THROUGH ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEMS
850 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

    You are hereby summoned either to comply with the demand contained in the
PETITION ON OPEN ACCOUNT, BREACH OF CONTRACT & TO ENFORCE LIEN
petition of the said PLAINTIFF, MMR CONSTRUCTORS, INC.              a copy

of which accompanies the citation, or deliver your answer to the said petition

in the office of the Clerk of said Court, held at the Court House at

Plaquemine, in said Parish, within 15 days after the service hereof, under

penalty of default.

    Witness the Honorable Judges, of said Court, this 31 day of  OCTOBER

A.D. 2006.

                                  _Barbara C. Cavalier_
                                  Deputy Clerk


------------------------------------------------------------------------

                         SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of

_____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his

domicile in the parish in the hands of _____,
a person apparently over the age of sixteen years, living and residing in
said domicile and whose name and other facts connected with this service, I
learned by interrogating the said person, said party herein being absent from
his residence at the time of said service.


RETURNED:

PARISH OF _____ this _____ day of _____, _____.

SERVICE    $_____                By: _____
                                          Deputy Sheriff
MILEAGE    $_____

TOTAL      $_____

                         [ File Copy ]

Form: 0020                              CITATION

| | |
|---|---|
| MMR CONSTRUCTORS, INC. | No: 00000064433    Div: B |
| VERSUS | 18th Judicial District Court |
| | State of Louisiana |
| SYNGENTA CROP PROTECTION, INC. | Parish of Iberville |

The State of Louisiana and said Court to

ECO PRODUCT SOLUTIONS, LP (VIA LOUISIANA LONG ARM STATUTE)
ATTENTION: MICHAEL LARGEY
200 VALLEYWOOD DRIVE
THE WOODLANDS, TEXAS 77380-3571

    You are hereby summoned either to comply with the demand contained in the
PETITION ON OPEN ACCOUNT, BREACH OF CONTRACT & TO ENFORCE LIEN
petition of the said <u>PLAINTIFF, MMR CONSTRUCTORS, INC.</u>          a copy

of which accompanies the citation, or deliver your answer to the said petition

in the office of the Clerk of said Court, held at the Court House at

Plaquemine, in said Parish, within 30 ~~15~~ days after the service hereof, under

penalty of default.

    Witness the Honorable Judges, of said Court, this <u>31</u> day of <u>OCTOBER</u>

A.D. <u>2006</u>.

*Barbara C. [signature]*
                        Deputy Clerk

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of

_____, _____ served the above named party as follows:

<u>PERSONAL SERVICE</u> on the party herein named _____

<u>DOMICILIARY SERVICE</u> on the party herein named by leaving the same at his

domicile in the parish in the hands of _____,
a person apparently over the age of sixteen years, living and residing in
said domicile and whose name and other facts connected with this service, I
learned by interrogating the said person, said party herein being absent from
his residence at the time of said service.

RETURNED:

PARISH OF _____ this _____ day of _____, _____.

SERVICE   $_____          By: _____
                                    Deputy Sheriff
MILEAGE   $_____

TOTAL     $_____

[ File Copy ]



Form: 0020                          CITATION

---

MMR CONSTRUCTORS, INC.                    No: 00000064433      Div: B

VERSUS                                    18th Judicial District Court
                                          State of Louisiana
SYNGENTA CROP PROTECTION, INC.            Parish of Iberville

---

The State of Louisiana and said Court to

SYNGENTA CROP PROTECTION, INC.
THROUGH ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEMS
850 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

    You are hereby summoned either to comply with the demand contained in the
PETITION ON OPEN ACCOUNT, BREACH OF CONTRACT & TO ENFORCE LIEN
petition of the said PLAINTIFF, MMR CONSTRUCTORS, INC.           a copy

of which accompanies the citation, or deliver your answer to the said petition

in the office of the Clerk of said Court, held at the Court House at

Plaquemine, in said Parish, within 15 days after the service hereof, under

penalty of default.

    Witness the Honorable Judges, of said Court, this 31 day of  OCTOBER

A.D. 2006.

                                        _Barbara C. Danalie_
                                        Deputy Clerk

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                           SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of

_____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his

domicile in the parish in the hands of _____,
a person apparently over the age of sixteen years, living and residing in
said domicile and whose name and other facts connected with this service, I
learned by interrogating the said person, said party herein being absent from
his residence at the time of said service.

RETURNED:

PARISH OF _____ this _____ day of _____, _____.

SERVICE    $_____              By: _____
                                               Deputy Sheriff
MILEAGE    $_____

TOTAL      $_____

                                   [ Service Copy ]

Form: 0020                              CITATION

| | |
|---|---|
| MMR CONSTRUCTORS, INC. | No: 00000064433        Div: B |
| VERSUS | 18th Judicial District Court |
| SYNGENTA CROP PROTECTION, INC. | State of Louisiana |
| | Parish of Iberville |

The State of Louisiana and said Court to

SYNGENTA CROP PROTECTION, INC.
THROUGH ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEMS
850 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

     You are hereby summoned either to comply with the demand contained in the
PETITION ON OPEN ACCOUNT, BREACH OF CONTRACT & TO ENFORCE LIEN
petition of the said PLAINTIFF, MMR CONSTRUCTORS, INC.                    a copy

of which accompanies the citation, or deliver your answer to the said petition

in the office of the Clerk of said Court, held at the Court House at

Plaquemine, in said Parish, within 15 days after the service hereof, under

penalty of default.

     Witness the Honorable Judges, of said Court, this 31 day of  OCTOBER

A.D. 2006.

                                   _Barbara A. Cavalier_
                                   Deputy Clerk


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                              SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of

_____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his

domicile in the parish in the hands of _____,
a person apparently over the age of sixteen years, living and residing in
said domicile and whose name and other facts connected with this service, I
learned by interrogating the said person, said party herein being absent from
his residence at the time of said service.


RETURNED:

PARISH OF _____ this _____ day of _____, _____.


SERVICE      $_____            By: _____
                                       Deputy Sheriff
MILEAGE      $_____

TOTAL        $_____

                              [ File Copy ]

Form: 0020                              CITATION

| | |
|---|---|
| MMR CONSTRUCTORS, INC. | No: 00000064433      Div: B |
| VERSUS | 18th Judicial District Court |
| | State of Louisiana |
| SYNGENTA CROP PROTECTION, INC. | Parish of Iberville |

The State of Louisiana and said Court to

ECO PRODUCT SOLUTIONS, LP (VIA LOUISIANA LONG ARM STATUTE)
ATTENTION: MICHAEL LARGEY
200 VALLEYWOOD DRIVE
THE WOODLANDS, TEXAS 77380-3571

    You are hereby summoned either to comply with the demand contained in the
PETITION ON OPEN ACCOUNT, BREACH OF CONTRACT & TO ENFORCE LIEN
petition of the said PLAINTIFF, MMR CONSTRUCTORS, INC.                a copy

of which accompanies the citation, or deliver your answer to the said petition

in the office of the Clerk of said Court, held at the Court House at

Plaquemine, in said Parish, within 30 days after the service hereof, under

penalty of default.

    Witness the Honorable Judges, of said Court, this 31 day of  OCTOBER

A.D. 2006.

                                        _Barbara C. Oavalier_
                                             Deputy Clerk


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of

_____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his

domicile in the parish in the hands of _____,
a person apparently over the age of sixteen years, living and residing in
said domicile and whose name and other facts connected with this service, I
learned by interrogating the said person, said party herein being absent from
his residence at the time of said service.


RETURNED:

PARISH OF _____ this _____ day of _____, _____.

SERVICE      $_____        By: _____
                                     Deputy Sheriff
MILEAGE      $_____

TOTAL        $_____

                        [ File Copy ]

Form: 0020                          CITATION                        

---

| MMR CONSTRUCTORS, INC. | No: 00000064433      Div: B |
|---|---|
| VERSUS | 18th Judicial District Court |
| | State of Louisiana |
| SYNGENTA CROP PROTECTION, INC. | Parish of Iberville |

---

The State of Louisiana and said Court to

SYNGENTA CROP PROTECTION, INC.
THROUGH ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEMS
850 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

    You are hereby summoned either to comply with the demand contained in the
PETITION ON OPEN ACCOUNT, BREACH OF CONTRACT & TO ENFORCE LIEN
petition of the said PLAINTIFF, MMR CONSTRUCTORS, INC.              a copy

of which accompanies the citation, or deliver your answer to the said petition

in the office of the Clerk of said Court, held at the Court House at

Plaquemine, in said Parish, within 15 days after the service hereof, under

penalty of default.

    Witness the Honorable Judges, of said Court, this 31 day of OCTOBER

A.D. 2006.

                                    _Barbara C. Vander_
                                    Deputy Clerk

--------------------------------------------------------------

                          SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of

_____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his

domicile in the parish in the hands of _____,
a person apparently over the age of sixteen years, living and residing in
said domicile and whose name and other facts connected with this service, I
learned by interrogating the said person, said party herein being absent from
his residence at the time of said service.

RETURNED:

PARISH OF _____ this _____ day of _____, _____.

SERVICE    $_____              By: _____
                                      Deputy Sheriff
MILEAGE    $_____

TOTAL      $_____

                          [ Service Copy ]

A-2

**MMR** Constructors, Inc.
INSTRUMENTATION & ELECTRICAL CONTRACTORS

October 27, 2006

The Honorable J. Gerald Dupont, Jr.
Clerk of Iberville Parish Court - 18th JDC
58050 Meriam Street
Plaquemine, LA 70764

RE:    MMR Constructors, Inc. v. Syngenta Crop Protection, Inc.
        and Eco Product Solutions, LP



Dear Madam or Sir:

    Enclosed please find the original, two service copies, and one copy (for file-stamping) of a Petition on Open Account, Breach of Contract and to Enforce Lien.  Also enclosed is a check to Iberville Parish Clerk of Court in the amount of $250 for filing fees and a check to EBR Sheriff's Office for service fees.

    Please file the original, return a file-stamped copy in the return materials also enclosed, and forward the service copies to the appropriate serving agency.

    If you have any questions, please feel free to contact me.  Thank you for your assistance.

                                        Sincerely,

                                        Sharon M. Odom
                                        Legal Assistant to General Counsel
                                        Rodi F. Rispone

Enclosures

FILED

2006 OCT 31 A 9: 30

DY CLERK - EXOFFICIAL
IBERVILLE, LOUISIANA

MMR CONSTRUCTORS, INC.                      18TH JUDICIAL DISTRICT COURT

VS.  DOCKET NO. 64433-B                      PARISH OF IBERVILLE

SYNGENTA CROP PROTECTION, INC.              STATE OF LOUISIANA
AND ECO PRODUCT SOLUTIONS, LP

---

**PETITION ON OPEN ACCOUNT, BREACH OF CONTRACT
AND TO ENFORCE LIEN**

---

The petition of MMR CONSTRUCTORS, INC., (hereinafter referred to as "Petitioner"
or "MMR"), domiciled in East Paton Rouge Parish, Louisiana, respectfully represents that:

1.

The following parties are made defendants in this suit:

a) SYNGENTA CROP PROTECTION, INC., (hereinafter "Syngenta") a foreign
corporation with its principal business establishment in Iberville Parish,
Louisiana, owner of the following described property situated in Iberville Parish
at 3905 Highway 75, St. Gabriel, Louisiana 70776 and 4305 Highway 75, St.
Gabriel, Louisiana 70776, more fully described below:

751.402 ACRE TR IN SEC.31, T9SR1E BEING PORT
EVERGREEN & MARGARET PLTN & CLARA
GILMORE TR.; and

42.46 ACRE TR T9SR1E SECS. 33,34,99 & 100 DESIGNATED
AS TR2-A-1 PLAN BY PATIN. 43.97 ACS (LESS PT SOLD)

b) ECO Product Solutions, LP, a foreign corporation authorized to do business in
Louisiana, domiciled and having its principal place of business at 200
Valleywood Drive, The Woodlands, TX 77380-3571.

2.

Defendants are indebted to petitioner in the amount of $212,042.11, plus legal interest
from the date the work was performed and/or debt was due until paid, plus lien costs, court costs,
and attorney fees by reason of the following.

3.

ECO Product Solutions, LP entered into an Agreement with Syngenta Crop Protection,
Inc. whereby ECO Product Solutions, LP would lease the Calcium Chloride Section of the Plant.

4.

On or about July 11, 2005, ECO Product Solutions, LP awarded MMR Constructors, Inc.
Syngenta Job # P05-1L357, P.O. #SYN-041 directing MMR Constructors, Inc. to perform
Electrical and Instrumentation services at the Calcium Chloride Section of the Syngenta Crop
Protection Plant in St. Gabriel, Louisiana, the property which is more fully described above.

SCANNED
IBERVILLE PARISH
PLAQUEMINE, LA

5.

MMR supplied its services at the Syngenta Plant pursuant to a contract and/or changes orders and/or open account with ECO Product Solutions, LP for Job # P05-1L357, P.O. #SYN-041.  A balance of $212,042.61 due to MMR remains.

6.

During the period of time commencing approximately July, 11 2005 and ending on or about May 31, 2006, the date on which services for work performed was last invoiced, defendant, MMR performed the work directed by ECO Product Solutions in accordance with the contract and/or change orders and/or open account.

7.

Defendant, ECO Product Solutions, LP has failed to make payment on invoices 224910, 232140, 232141, 232990, 234670, 234671, 237750, 241930, 245220, and 248030, as more fully shown on the itemized Invoice and Payment Status Report attached and incorporated by reference as Exhibit 1, which charges cover the procurement, erection, and installation of Electrical and Instrumentation equipment and materials on the above described property.

8.

ECO Product Solutions, LP is, therefore, indebted unto MMR in the full sum of TWO HUNDRED TWELVE THOUSAND, FORTY-TWO AND 61/100 DOLLARS ($212,042.61), plus interest from the date the debts were owed, together with legal interest thereon from the date of judicial demand until paid, an additional percentage of the total amount of principal and interest due and owing as attorney's fees for collection, and for all costs of these proceedings, all as will be more fully shown on and by reference to the Affidavit of Correctness, attached hereto and made a part hereof as Exhibit A.

9.

On June 5, 2006, written demand was made on ECO Product Solutions, LP for payment of this open account, correctly setting forth the amount owed at the time of demand.  A copy of this letter and the return receipt are attached as Exhibit B.

10.

More the 15 days have expired since delivery of the written demand and ECO Product Solutions, LP has failed to make current or pay the balance due and owing on this open account. Therefore, petitioner desires and is entitled to be awarded an additional amount as the court

should deem reasonable and proper under the circumstances as attorney's fees for the

prosecution and collection of this indebtedness.

11.

By failing to fully compensate MMR Constructors, Inc. for Electrical and

Instrumentation services completed at the Syngenta Crop Protection Plant, ECO Product

Solutions, LP breached of its contractual duties.

12.

ECO Product Solutions, LP's actions and/or inactions are fraudulent as they are

misrepresentations made with an intention to defraud or gain an unfair advantage resulting in

loss and/or damage to MMR.

13.

The Petitioner, MMR Constructors, Inc., filed a Statement of Lien and Privilege under

Louisiana and federal law, including but not limited to, a Private Works Act Lien under LA-R.S.

9:4801, This Statement of Lien and Privilege was recorded in the Mortgage Records of the

Parish of Iberville, File No.45914, Book 436, Entry 92, on June 16, 2006.    The Petitioner asks

this Court to recognize and enforce this lien and privilege. (See Exhibit C)

14.

On June 16, 2006 MMR Constructors, Inc. mailed to Syngenta and ECO Product

Solutions, LP a copy of "Statement of Lien and Privilege" by certified mail, return receipt

requested.  A copy of this notice and the return receipt are attached as Exhibit D.

15.

Petitioner, MMR, has a privilege for payment of this account against the property

described above.

Wherefore, petitioner prays:

1.    That after a lapse of all legal delays and due proceedings had, there be judgment

herein in favor or plaintiff, MMR Constructors, Inc. and against defendants, ECO

Product Solutions, LP and Syngenta Crop Protection, Inc. for the full amount of TWO

HUNDRED TWELVE THOUSAND, FORTY-TWO AND 61/100 DOLLARS

($212,042.61), together with legal interest thereon from the date work was performed

and/or the debt was due, together with all costs of filing the lien, reasonable

attorney's fees for the prosecution and collection of this open account and lien

enforcement, and/or any other legal obligation owed by ECO Product Solutions, LP

and Syngenta Crop Protection, Inc., and for all costs of these proceedings; and

2.  That petitioner's privilege on the above described real estate be recognized and

enforced; and that the property in due course be seized and sold in order to satisfy

petitioner's claim, and that the proceeds be applied to the payment of petitioner's

claim in preference and priority to all others; and for all costs of said proceedings.

3.  Petitioner further prays for any other legal and equitable relief as the Court deems

necessary and proper.

Submitted By:

Rodi F. Rispone
15961 Airline Highway
Baton Rouge, LA 70884
Phone: 225.756.5090
Fax:    225.753.7012

Attorney for Plaintiff, MMR
Constructors, Inc.

Please serve:

Syngenta Crop Protection Inc.
through its agent for service of process
CT Corporation System
850 United Plaza Blvd.,
Baton Rouge, LA 70809

**PLEASE SERVE THE FOLLOWING PURSUANT TO LA. R.S. 13-3201:**
ECO Product Solutions, LP
Attn:  Michael Largey
200 Valleywood Drive
The Woodlands, TX 77380-3571

FILED

2006 OCT 31  A 9:31

DY CLERK - EXOFFICIAL
IBERVILLE, LOUISIANA

**A TRUE COPY**

DATE Nov. 30, 2006

Deputy Clerk, Ex-Officio, Recorder, Iberville Parish, Louisiana



06/02/06
03:27 PM

Job #: **1331**                                MAY 2006       **MMR**

Client: ECO PRODUCT SOLUTIONS                               Award Memo: ✓

Job Name: Syngenta Calcium Chloride Project                  Proposal: ✓

Owner: Syngenta                                     Ins. Cert./Bond: ✓

Contract #: SYN - 041                              Contract/P.O.:

## CONTRACT STATUS

| | | |
|---|---|---|
| CONTRACT AMOUNT: | $ | 517,132.00 |
| Change Orders (See Attached Log/List): | $ | 336,913.17 |
| EXTRA'S Billed (See Attached Log/List): | $ | - |
| REVISED CONTRACT AMOUNT: | $ | 854,045.17 |

1331        **INVOICE & PAYMENT STATUS**        MAY 2006

| INVOICE NUMBER | INV (POST) DATE | GROSS INV. AMT. | RET. | NET AMT. DUE | PAYMENT AMT. | DATE PAID | BALANCE |
|---|---|---|---|---|---|---|---|
| 209940 | 8/31/2005 | 188,384.90 | 18,838.49 | 169,546.41 | 169,546.41 | 11/9/2005 | - |
| 209950 | 9/12/2005 | 728.34 | - | 728.34 | 728.34 | 11/9/2005 | - |
| 211780 | 9/30/2005 | 2,084.44 | - | 2,084.44 | 2,084.44 | 12/5/2005 | - |
| 212170 | 9/30/2005 | 90,180.06 | 9,018.01 | 81,162.05 | 81,162.05 | 12/5/2005 | - |
| 214290 | 9/30/2005 | 17,229.56 | - | 17,229.56 | 17,229.56 | 12/5/2005 | - |
| 214291 | 10/17/2005 | 1,708.40 | - | 1,708.40 | 1,708.40 | 12/5/2005 | - |
| 216990 | 10/31/2005 | 132,690.21 | 13,269.02 | 119,421.19 | 119,421.19 | 1/17/2006 | (0.00) |
| 217000 | 10/31/2005 | 141.52 | - | 141.52 | 141.52 | 1/17/2006 | - |
| 218110 | 10/31/2005 | 6,206.53 | - | 6,206.53 | 6,206.53 | 12/31/2005 | - |
| 218111 | 11/8/2005 | 1,708.40 | - | 1,708.40 | 1,708.40 | 12/31/2005 | - |
| 220870 | 11/30/2005 | 97,560.53 | 9,756.07 | 87,804.46 | 87,804.46 | 3/13/2006 | (0.00) |
| 220880 | 11/30/2005 | 9,846.70 | - | 9,846.70 | 9,846.70 | 3/13/2006 | - |
| 220881 | 12/1/2005 | 662.01 | - | 662.01 | 662.01 | 3/13/2006 | - |
| 220890 | 11/30/2005 | 37,325.60 | - | 37,325.60 | 37,325.60 | 2/21/2006 | - |
| 224350 | 11/30/2005 | 19,624.99 | - | 19,624.99 | 19,624.99 | 4/13/2006 | - |
| 224351 | 12/16/2005 | 36,076.57 | - | 36,076.57 | 36,076.57 | 4/13/2006 | - |
| 224360 | 12/16/2005 | 14,699.00 | - | 14,699.00 | 14,699.00 | 2/21/2006 | - |
| 224900 | 12/28/2006 | 8,316.30 | 831.63 | 7,484.67 | 7,484.67 | 3/21/2006 | (0.00) |
| 224910 | 12/28/2006 | | (51,713.22) | 51,713.22 | | | 51,713.22 |
| 224920 | 12/28/2006 | 8,330.70 | - | 8,330.70 | 8,330.70 | 3/21/2006 | - |
| 224930 | 12/28/2006 | 14,932.14 | - | 14,932.14 | 13,585.14 | 3/24/2006 | 1,347.00 |
| 224939 | 4/26/2006 | (1,347.00) | - | (1,347.00) | | | (1,347.00) |
| 227030 | 12/31/2005 | 2,197.92 | - | 2,197.92 | 2,197.92 | 3/24/2006 | - |
| 227031 | 1/12/2006 | 4,427.96 | - | 4,427.96 | 4,427.96 | 3/24/2006 | - |
| 232140 | 1/31/2006 | 15,922.46 | - | 15,922.46 | | | 15,922.46 |
| 232141 | 2/17/2006 | 20,251.77 | - | 20,251.77 | | | 20,251.77 |
| 232990 | 2/27/2006 | 3,846.95 | - | 3,846.95 | | | 3,846.95 |
| 234670 | 2/28/2006 | 5,977.17 | - | 5,977.17 | | | 5,977.17 |
| 234671 | 3/7/2006 | 11,119.10 | - | 11,119.10 | | | 11,119.10 |
| 237750 | 3/31/2006 | 21,394.45 | - | 21,394.45 | | | 21,394.45 |
| 241930 | 4/26/2006 | 20,363.84 | - | 20,363.84 | | | 20,363.84 |
| 245220 | 5/10/2006 | 5,919.65 | - | 5,919.65 | | | 5,919.65 |
| 248030 | 5/31/2006 | 55,534.00 | - | 55,534.00 | | | 55,534.00 |
| | | | - | - | | | |
| | | | - | - | | | |
| | | | - | - | | | |
| | | 854,045.17 | - | 854,045.17 | 642,002.56 | | 212,042.61 |

EXHIBIT

**1.**

MMR CONSTRUCTORS, INC.                18th JUDICIAL DISTRICT COURT

VERSUS DOCKET NO. _____     PARISH OF IBERVILLE

SYNGENTA CROP PROTECTION, INC.        STATE OF LOUISIANA
AND ECO PRODUCT SOLUTIONS, LP

---

### AFFIDAVIT OF CORRECTNESS

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

      BEFORE ME, the undersigned authority, Notary Public, in and for the State of Louisiana and in the Parish of East Baton Rouge, personally came and appeared:

      RAY ANTHONY GIBSON

Project Manager of MMR Constructors, Inc., who, being by me first duly sworn, deposed and stated that:

      He is duly authorized to make this affidavit for and on behalf of MMR Constructors, Inc., a Louisiana Corporation, with its domicile and principal place of business in the Parish of East Baton Rouge, State of Louisiana;

      He is intimately familiar with the account of ECO Product Solutions, LP and the facts surrounding this lawsuit.  He states that ECO Product Solutions, LP has incurred a debt of TWO HUNDRED TWELVE THOUSAND, FORTY-TWO AND 61/100 DOLLARS ($212,042.61) of this amount is or may be an open account   No payments have been made either before suit was filed or after regarding the current debt.

                       MMR Constructors, Inc.

                       By: _____
                           Ray Anthony Gibson

      SWORN TO AND SUBSCRIBED before me on this _19th_ day of October, 2006, at Baton Rouge, Louisiana.

                _____
                NOTARY PUBLIC

               Sharon M. Odom, Notary No. 67667



EXHIBIT

A



**Constructors, Inc.**
INSTRUMENTATION & ELECTRICAL CONTRACTORS

June 5, 2006

VIA REGULAR AND CERTIFIED MAIL
RRR-7001 2510 0001 7488 7968

Mr. Rick Billings
Mr. Jay Potter
Mr. Michael Largey
EcoProduct Solutions, LP
200 Valleywood Drive
The Woodlands, TX 77380-3571

    RE: Syngenta Calcium Chloride Project - Crop Protection Plant
       3905 La. Hwy 75, St. Gabriel, La. 70776-4303
       EPS Project No.:  SYN-002; EPS Job No.: 16-141299
       MMR Project No: 1331

Gentlemen:

  Enclosed please find our Contract Status Sheet showing the amounts by invoice that are past due on the above referenced project.  As you can see, your company owes MMR a total $212,042.61.  Our aging reports show that $67,635.68 is 120 days past due;  $30,075.89 is 90 days past due;  $32,513.55 is 60 days past due;  $20,363.84 is 30 days past due; and $61,453.65 is less than 30 days past due.

  Our collection efforts since April have been regularly met with your company's lack of or vague and ambiguous responses.  We have received no reason from you for your company's non-payment of this obligation, or when we can expect any payment.  Therefore, the collection of these past due amounts has been turned over to me for handling.

  MMR hereby makes demand for full payment of $150,592.96.  If your account with MMR is not brought current within the next five (5) business days, we will be required to lien the project.

          Sincerely,

          Rodi F. Rispone
          General Counsel

Encl.
cc: Tony Gibson
  Accounts Receivable

**EXHIBIT**
B

USPS - Track & Confirm

Page 1 of 1



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7001 2510 0001 7488 7968**
Status: **Delivered**

Your item was delivered at 1:45 pm on June 07, 2006 in SPRING, TX 77380.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

_____

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R RICK BILLINGS, MR JAY
OTTER, MR. MICHAEL LARGEY
O VALLEYWOOD DRIVE
HE WOODLANDS, TX  77380-3571

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery

C. Signature
X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
7001 2510 0001 7488 7968

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

**D MAIL RECEIPT**
Only; No Insurance Coverage Provided)

T Potter and Largey (each
T SOLUTIONS, LP
200 VALLEY WOOD DRIVE
THE WOODLANDS, TX 77380-3571

## Iberville Parish Recording Page

**J. G. "BUBBIE" DUPONT, JR**
**CLERK OF COURT**
P.O. BOX 423
Plaquemine, LA  70765
(225) 687-5160

**First MORTGAGOR**

| ECO PRODUCT SOLUTIONS LP |
|---|

**First MORTGAGEE**

| MMR CONSTRUCTORS INC |
|---|

Index Type :   Mortgage                                          File # : 45914

Type of Document : Mortgage

                                                                    Book :  436      Entry : 92

Recording Pages :              4

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Iberville Parish, Louisiana

On (Recorded Date) : 06/16/2006

At (Recorded Time) : 11:51:24AM

Doc ID - 000155410004

CLERK OF COURT
J. G. "BUBBIE" DUPONT, JR
Parish of Iberville
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 06/16/2006 at 11:51:24
Recorded in Book  436   Page 92
File Number     45914

*Deputy Clerk*


EXHIBIT
C



**MMR** Constructors, Inc.
INSTRUMENTATION & ELECTRICAL CONTRACTORS

June 16, 2006

CERTIFIED MAIL - RETURN
RECEIPT REQUESTED
7001 2510 0001 7488 8095

Mr. Rick Billings
Mr. Jay Potter
Mr. Michael Largey
ECO Products Solutions, LP.
200 Valleywood Drive
The Woodlands, TX 77380-3571

Reference:     Syngenta Calcium Chloride Project - Crop Protection Plant
               EPS Project No. SYN-002; EPS Job No. 16-141299
               MMR Project No. 1331

Gentlemen:

    Please be advised that the attached Lien has been recorded with Iberville Parish in connection with our invoices 224910, 232140, 232141, 232990, 234670, 234671, 237750, 241930, 245220, 248030 due to MMR Constructors, Inc. and owed by ECO Product Solutions, LP, which totals $212,042.11.

    If you have any questions, please advise.

                                        Sincerely,

                                        Rodi F. Rispone
                                        MMR General Counsel

Enclosure(s)

FILE COPY

P.O. Box 84210 • Baton Rouge, LA 70884-4210 • (225) 756-5090 • FAX (225) 753-7012

USPS - Track & Confirm                                        Page 1 of 1

**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7001 2510 0001 7488 8095**
Detailed Results:
• Delivered, June 19, 2006, 1:03 pm, SPRING, TX 77380
• Arrival at Unit, June 19, 2006, 8:21 am, SPRING, TX 77380

( < Back )                         ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site m                                    al & Premier Accounts
                                          of Use  Privacy Policy



7001 2510 0001 7488 8095

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rick Billings, Jay
Potter, Michael Largey
ECO Products Solutions L
200 Valleywood Dr.
The Woodlands, TX 77380-
3571

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X                                        ☐ Agent
                                         ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7001 2510 0001 7488 8095

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

<u>STATEMENT OF LIEN AND PRIVILEGE</u>

BE IT KNOWN that on June *14th*, 2006, before me, the undersigned Notary Public in and for the aforesaid parish and state, and in the presence of the undersigned witnesses, personally came and appeared:

MMR CONSTRUCTORS, INC., a Louisiana corporation having its principal place of business at 15961 Airline Highway, Baton Rouge, Louisiana, represented herein by its duly authorized President, James B. Rutland; hereafter referred to as "Lienholder";

who, after being duly sworn, declared and said that:

ECO Product Solutions, LP, a foreign corporation authorized to do business in Louisiana, domiciled and having its principal place of business at 200 Valleywood Drive, The Woodlands, TX, 77380-3571;

is justly, truly and legally indebted unto Lienholder in the full sum of TWO HUNDRED TWELVE THOUSAND, FORTY-TWO AND 61/100 DOLLARS ($212,042.61), with legal interest from the date of filing of this lien until paid and the cost of filing this lien, as will be more fully seen by the sworn, itemized statement of account and/or pertinent invoices annexed hereto and made part hereof.

The amount referred to above represents the amount due to Lienholder for labor performed and/or materials sold, delivered and actually used in improvements to the following described property owned by Sygenta Crop Protection, Inc. in connection with the real property(s) located at 3905 Hwy. 75, St. Gabriel, Louisiana 70776 and 4305 Hwy. 75, St.Gabriel, LA 70776, more properly describes as:

751.402 ACRE TR IN SEC.31, T9SR1E BEING PORT EVERGREEN & MARGARET PLTN & CLARA GILMORE TR.; and

42.46 ACRE TR T9SR1E SECS. 33,34,99 & 100 DESIGNATED AS TR2-A-1 PLAN BY PATIN. 43.97 ACS (LESS PT SOLD)

Lienholder further declares that indebtedness referred to above is past due and unpaid, and that less than sixty days have elapsed since the date of the last delivery of materials or performance of work in connection with the improvements in question.

Lienholder further declares that no defenses of payment exist.



EXHIBIT

D

This affidavit is made for the purpose of preserving the lien and privilege granted by law to Lienholder on the building and ground described above and/or payments owed to debtor in the amount set out above and shown on the attached statement, plus interest and filing costs, and Lienholder hereby delivers to the Clerk of Court and Recorder of Mortgages in and for St James Parish, Louisiana, this, his claim for a lien and privilege and requests that the same be recorded in accordance with the provisions of Louisiana Revised Statutes 9:4801, et seq.

THUS DONE AND PASSED at Baton Rouge, East Baton Rouge Parish, Louisiana, the affiant having affixed his signature hereto and on the day and date first above written together with me, Notary, and the undersigned witnesses, after due reading of the whole.

WITNESSES:                                  MMR CONSTRUCTORS, INC.

                                            BY: _____
                                                JAMES B. RUTLAND
                                                President

                        RODI F. RISPONE, NOTARY PUBLIC

**MMR**

06/01/06
03:35 PM

Job #: 1331                              MAY 2006

Client: ECO PRODUCT SOLUTIONS

Job Name: Syngenta Calcium Chloride Project

Owner: Syngenta

Contract #: SYN - 041

Award Memo: ✓
Proposal: ✓
Ins. Cert./Bond: ✓
Contract/P.O.:

## CONTRACT STATUS

| | |
|---|---|
| CONTRACT AMOUNT: | $   517,132.00 |
| Change Orders (See Attached Log/List): | $   336,913.17 |
| EXTRA'S Billed (See Attached Log/List): | $ |
| REVISED CONTRACT AMOUNT: | $   854,045.17 |

### 1331        INVOICE & PAYMENT STATUS        MAY 2006

| INVOICE NUMBER | INV (POST) DATE | GROSS INV. AMT. | RET. | NET AMT. DUE | PAYMENT AMT. | DATE PAID | BALANCE |
|---|---|---|---|---|---|---|---|
| 209940 | 08/31/05 | 188,384.90 | 18,838.49 | 169,546.41 | 169,546.41 | 11/09/05 | - |
| 209950 | 09/12/05 | 728.34 | - | 728.34 | 728.34 | 11/09/05 | - |
| 211780 | 09/30/05 | 2,084.44 | - | 2,084.44 | 2,084.44 | 12/05/05 | - |
| 212170 | 09/30/05 | 90,180.06 | 9,018.01 | 81,162.05 | 81,162.05 | 12/05/05 | - |
| 214290 | 09/30/05 | 17,229.56 | - | 17,229.56 | 17,229.56 | 12/05/05 | - |
| 214291 | 10/17/05 | 1,708.40 | - | 1,708.40 | 1,708.40 | 12/05/05 | - |
| 216990 | 10/31/05 | 132,690.21 | 13,269.02 | 119,421.19 | 119,421.19 | 01/17/06 | (0.00) |
| 217000 | 10/31/05 | 141.52 | - | 141.52 | 141.52 | 01/17/06 | - |
| 218110 | 10/31/05 | 6,206.53 | - | 6,206.53 | 6,206.53 | 12/31/05 | - |
| 218111 | 11/08/05 | 1,708.40 | - | 1,708.40 | 1,708.40 | 12/31/05 | - |
| 220870 | 11/30/05 | 97,560.53 | 9,756.07 | 87,804.46 | 87,804.46 | 03/13/06 | (0.00) |
| 220880 | 11/30/05 | 9,846.70 | - | 9,846.70 | 9,846.70 | 03/13/06 | - |
| 220881 | 12/01/05 | 662.01 | - | 662.01 | 662.01 | 03/13/06 | - |
| 220890 | 11/30/05 | 37,325.60 | - | 37,325.60 | 37,325.60 | 02/21/06 | - |
| 224350 | 11/30/05 | 19,624.99 | - | 19,624.99 | 19,624.99 | 04/13/06 | - |
| 224351 | 12/16/05 | 36,076.57 | - | 36,076.57 | 36,076.57 | 02/21/06 | - |
| 224360 | 12/16/05 | 14,699.00 | - | 14,699.00 | 14,699.00 | 02/21/06 | - |
| 224900 | 12/28/06 | 8,316.30 | 831.63 | 7,484.67 | 7,484.67 | 03/21/06 | (0.00) |
| 224910 | 12/28/06 | - | (51,713.22) | 51,713.22 | | | 51,713.22 |
| 224920 | 12/28/06 | 8,330.70 | - | 8,330.70 | 8,330.70 | 03/21/06 | - |
| 224930 | 12/28/06 | 14,932.14 | - | 14,932.14 | 13,585.14 | 03/24/06 | 1,347.00 |
| 224939 | 04/26/06 | (1,347.00) | - | (1,347.00) | | | (1,347.00) |
| 227030 | 12/31/05 | 2,197.92 | - | 2,197.92 | 2,197.92 | 03/24/06 | - |
| 227031 | 01/12/06 | 4,427.96 | - | 4,427.96 | 4,427.96 | 03/24/06 | - |
| 232140 | 01/31/06 | 15,922.46 | - | 15,922.46 | | | 15,922.46 |
| 232141 | 02/17/06 | 20,251.77 | - | 20,251.77 | | | 20,251.77 |
| 232990 | 02/27/06 | 3,846.95 | - | 3,846.95 | | | 3,846.95 |
| 234670 | 02/28/06 | 5,977.17 | - | 5,977.17 | | | 5,977.17 |
| 234671 | 03/07/06 | 11,119.10 | - | 11,119.10 | | | 11,119.10 |
| 237750 | 03/31/06 | 21,394.45 | - | 21,394.45 | | | 21,394.45 |
| 241930 | 04/26/06 | 20,363.84 | - | 20,363.84 | | | 20,363.84 |
| 245220 | 05/10/06 | 5,919.65 | - | 5,919.65 | | | 5,919.65 |
| 248030 | 05/31/06 | 55,534.00 | - | 55,534.00 | | | 55,534.00 |
| | | | - | - | | | - |
| | | | - | - | | | - |
| | | | - | - | | | - |
| | | 854,045.17 | - | 854,045.17 | 642,002.56 | | 212,042.61 |

A-4

18th JUDICIAL DISTRICT COURT
PARISH OF IBERVILLE
STATE OF LOUISIANA

Cause No. 64,433                                                          DIVISION B

MMR CONSTRUCTORS, INC.

V.

SYNGENTA CROP PROTECTION, INC. AND ECOPRODUCT SOLUTIONS, LP.

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, EcoProduct Solutions, LP, filed a Notice of

Removal on December 4, 2006.  A copy of the Notice of Removal is attached hereto as Exhibit 1.

This action is now pending in the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

BUCK, KEENAN, GAGE, LITTLE & LINDLEY, L.L.P.

By: _____
Ann E. Webb
La. Bar No. 18491
Texas Bar No. 21017600
William A. Gage, Jr.
Texas Bar No. 07566580

700 Louisiana, Suite 5100
Houston, Texas  77002
(713) 225-4500
(713) 225-3719 Fax

Attorneys for EcoProduct Solutions, LP

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Filing Notice of Removal was served on the following by certified mail, return receipt requested, this 1st day of December, 2006:

Rodi F. Rispone
15961 Airline Highway
Baton Rouge, LA 70884
225.756.5090 (phone)
225.753.7012 (fax)

_Ann E Webb_

Ann E. Webb

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

MMR CONSTRUCTORS, INC.                  )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )      Case No. _____
                                        )
SYNGENTA CROP PROTECTION, INC.          )
and ECOPRODUCT SOLUTIONS, LP;           )
            Defendants.                 )

---

## CERTIFICATE OF INTERESTED PARTIES

---

        EcoProduct Solutions, L.P., ("EcoProduct Solutions"), files this certificate of persons or

entities that are financially interested in the outcome of this litigation as follows:

        1.      EcoProduct Solutions, L.P.;

        2.      Syngenta Crop Protection, Inc., and

        3.      Syngenta, A.G.

                            Respectfully submitted,

                            _____
                            Ann E. Webb
                            La. Bar No. 18491

                            ATTORNEY IN CHARGE FOR DEFENDANTS
                            ECOPRODUCT SOLUTIONS, L.P.

OF COUNSEL:
William A. Gage, Jr.
Tex. Bar No. 07566580
BUCK, KEENAN, GAGE, LITTLE & LINDLEY, L.L.P.
700 Louisiana, Suite 5100
Houston, Texas 77002
713-225-4500 (phone)
713-225-3719 (fax)

CERTIFICATE OF INTERESTED PARTIES

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Certificate of Interested Parties was served on the following by certified mail, return receipt requested, this 1st day of December 2006:

> Rodi F. Rispone
> 15961 Airline Highway
> Baton Rouge, LA 70884
> 225.756.5090 (phone)
> 225.753.7012 (fax)

_____
Ann E. Webb

≈JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| MMR Constructors, Inc. | Syngenta Crop Protection, Inc. and EcoProduct Solutions, LP |

**(b)** County of Residence of First Listed Plaintiff   East Baton Rouge Parish
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Greensboro, NC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)  Rodi F. Rispone
15961 Airline Highway, Baton Rouge, LA 70884 (225) 756-5090

Attorneys (If Known) Ann E. Webb, Buck, Keenan, Gage, Little
& Lindley, 700 Louisiana, Ste. 5100, Houston, TX 77002 (713) 225-4500

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government
Plaintiff

☐ 2   U.S. Government
Defendant

☐ 3   Federal Question
(U.S. Government Not a Party)

☒ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☒ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☒ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1  Original Proceeding   ☒ 2  Removed from State Court   ☐ 3  Remanded from Appellate Court   ☐ 4  Reinstated or Reopened   ☐ 5  Transferred from another district (specify)   ☐ 6  Multidistrict Litigation   ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Sec. 1332 and 1446

Brief description of cause:
breach of contract

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $  212,042.61

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE  Parker   DOCKET NUMBER  06-902-JVP-CM

DATE  12/01/2006

SIGNATURE OF ATTORNEY OF RECORD  Ann E Webb

**FOR OFFICE USE ONLY**

RECEIPT #  4699005021    AMOUNT ____    APPLYING IFP ____    JUDGE ____    MAG. JUDGE ____