IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | | |
|---|---|---|
| MMR CONSTRUCTORS, INC. | § § § § | |
| Plaintiff | | |
| V. | § § § § § § § § § § | C/A NO 06-cv-00918-RET-DLD |
| SYNGENTA CROP PROTECTION, INC., *et al.* | | |
| Defendants. | | |

## SUGGESTION OF BANKRUPTCY

TO THE HONORABLE JUDGE OF SAID COURT:

ECOPRODUCT SOLUTIONS, L.P., defendant in the above-captioned cause notifies the Court and the parties of its voluntary bankruptcy petition and in support thereof would respectfully show as follows:

I.

On August 2, 2010, ECOPRODUCT SOLUTIONS, L.P. ("EcoProduct" or "Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the United States Bankruptcy Code ("Case") and was assigned Case Number 10-36602-H2-7, by the United States Bankruptcy Court for the Southern District of Texas, Houston Division. Consequently, pursuant to 11 U.S.C. §362, all legal proceedings against the Debtor to collect a debt, such as the subject action, are stayed.

WHEREFORE, EcoProduct, Defendant herein, hereby advises the Court of the pending Chapter 7 bankruptcy proceeding, and requests that this proceeding against it be dismissed, and that EcoProducts be granted such other and further relief to which it may be justly entitled.

DATED: August 16, 2010

Respectfully submitted,

HOOVER SLOVACEK LLP

By:    */s/ Edward L. Rothberg*
      EDWARD L. ROTHBERG
      State Bar No. 17313990
      T. JOSH JUDD
      State Bar No. 24036866
      5847 San Felipe, Suite 2200
      Houston, Texas 77057
      Telephone: (713) 977-8686
      Facsimile: (713) 735-4135

ATTORNEYS FOR DEFENDANT,
ECOPRODUCT SOLUTIONS, L.P.

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 9, 2010, a true and correct copy of foregoing document was served by first class mail and/or by ECF notification upon the following:

**Rodi F. Rispone**
MMR Group, Inc.
P.O. Box 84210
15961 Airline Hwy.
Baton Rouge, LA 70817
225-756-5090
Fax: 225-753-7012
Email: rrispone@mmrgrp.com

**Edward Daniel Hughes**
**Edward J. Laperouse , II**
**Eugene R. Groves**
**Kari Anne Bergeron**
Taylor, Porter, Brooks & Phillips
P. O. Box 2471
Baton Rouge, LA 70821
225-387-3221
Fax: 346-8049
Email: eddie.hughes@taylorporter.com;  ted.laperouse@taylorporter.com;
eugene.groves@taylorporter.com; kari.bergeron@taylorporter.com

689865-1

**John H. Kim**
4309 Yoakum Blvd.
Suite 2000
Houston, TX 77006
713-522-1177
Fax: 888-809-6793
Email: jhk@thekimlawfirm.com

**James Conner Percy**
**Ryan Estes Johnson**

**William D. Lampton**
Jones, Walker - B.R.
8555 United Plaza Boulevard
Suite 500
Baton Rouge, LA 70809-7000
225-248-2000
Fax: 225-248-3080
Email: jpercy@joneswalker.com;
rjohnson@joneswalker.com;
wlampton@joneswalker.com

**Seth A. Nichamoff**
Nichamoff & King, P.C.
2444 Times Boulevard, Suite 270
Houston, TX 77005
ECF email: seth@nichamofflaw.com

**James P. Dore'**
**Amy deGeneres Berret**
**Benn Vincent**
Kean, Miller, Hawthorne, D'Armond-- B.R.
P. O. Box 3513
Baton Rouge, LA 70821-3513
225-387-0999
Fax: 225-388-9133
Email: jim.dore@keanmiller.com;
amy.berret@keanmiller.com;
benn.vincent@keanmiller.com

                                                  /s/ Edward L. Rothberg
                                               EDWARD L. ROTHBERG