

BENN VINCENT, PARTNER
Direct Phone: 225.389.3737
BENN.VINCENT@KEANMILLER.COM

March 27, 2013

<u>Via Electronic Filing (ECF)</u>

The Hon. Judge James J. Brady
United States District Court
Middle District of Louisiana
777 Florida Street, Ste. 369
Baton Rouge, Louisiana 70801

RE: **NOTICE OF SETTLEMENT**

*MMR Constructors, Inc. v. Syngenta Crop Protection, Inc., et al.*
Case 03:06-cv-00918-JJB-DLD
United States District Court, Middle District of Louisiana
KM File: 2281-110

Dear Judge Brady:

This letter is to notify the Court and all parties that plaintiff, MMR Constructors Inc. ("MMR"), and defendant, Syngenta Crop Protection LLC (f/k/a Syngenta Crop Protection, Inc.) ("Syngenta"), have reached a settlement agreement in principle in the above-captioned matter. We anticipate completing the written terms of the settlement agreement and thereafter filing a motion to dismiss all claims between Syngenta and MMR.

With kind regards, I remain

Sincerely yours,

*R. Benn Vincent*

Benn Vincent

cc: All Counsel for Record (via Electronic Filing - ECF)

T 225.387.0999 | F 225.388.9133
II City Plaza | 400 Convention Street Suite 700 | Baton Rouge, LA 70802
Post Office Box 3513 | Baton Rouge, LA 70821
keanmiller.com

3614928