UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MMR CONSTRUCTORS, INC.                     CIVIL ACTION

VERSUS                                      NO. 06-918-JJB

SYNGENTA CROP PROTECTION, ET AL.

### ORDER OF DISMISSAL WITH PREJUDICE

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS:

IT IS HEREBY ORDERED that all disputes, claims, demands, and causes of action existing between MMR Constructors, Inc., and Syngenta Crop Protection, L.L.C. (formerly known as Syngenta Crop Protection, Inc.), in the above captioned matter, be and are hereby dismissed, with prejudice and with each party to bear their own costs.

THUS DONE AND SIGNED in Baton Rouge, LA on this 24th day of July, 2013.

_____
JUDGE, UNITED STATES DISCTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

.3628012_2